UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

TRAVIS PROFIT,

Defendant.

------------------------------------x

ORDER

15 Crim. 487-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is hereby scheduled for August 19, 2025 at 10:00 a.m.

Dated: August 12, 2025
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge