UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TRAVIS PROFIT,

              Defendant.

------------------------------------x

ORDER

15 Crim. 487-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for August 19, 2025 is hereby adjourned to September 17, 2025 at 10:00 a.m.

Dated: August 19, 2025
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge